IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOWARD KYLE SUMMERALL,
    Plaintiff,

vs.                                    Case No.: 3:16cv455/RV/EMT

SERGEANT QUINN, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 6, 2017 (ECF No. 27). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' motion for summary judgment (ECF No. 25) is **GRANTED**.

3. A judgment shall be entered in favor of Defendants.

**DONE AND ORDERED** this 9th day of January 2018.

          /s/ Roger Vinson
          **ROGER VINSON**
          **SENIOR UNITED STATES DISTRICT JUDGE**